FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANE PITMAN,<br><br>   Petitioner,<br><br> v.<br><br>D. L. RUNNELS,<br><br>   Respondent. | No. CV 07-03864-DSF (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that:

(1) the Court accepts and adopts the Report and Recommendation with the following changes:

  P. 3, ln. 20: "(3)" should be "(2)"

  P. 9, ln. 15 should read "reduc[ing] delays . . . ."

  P. 9, ln. 17: "instant" should be "instance";

(2) Respondent's Motion to Dismiss is granted; and

(3) Judgment be entered dismissing the Petition without prejudice.


DATED:  2-8-08


_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE