FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANE L. PITMAN, | No. CV 07-03864-DSF (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| D. L. RUNNELS, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: 2-8-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

3